# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00611-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

CLIFFORD MARCUS WINKLES,

    Applicant,

v.

WARDEN RHODES,

    Respondent.

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

Applicant, Clifford Marcus Winkles, is a prisoner currently incarcerated at the Florence High United States Penitentiary in Florence, Colorado.  Mr. Winkles has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1).

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted document is deficient as described in this Order.  Mr. Winkles will be directed to cure the following if he wishes to pursue his claims.  Any papers that Mr. Winkles files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   _X_   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month

|       |     | period immediately preceding this filing |
|-------|-----|------------------------------------------|
| (4)   | X   | is missing certified statement showing current balance in prison account |
| (5)   | __  | is missing required financial information |
| (6)   | __  | is missing an original signature by the prisoner |
| (7)   | __  | is not on proper form (must use the court's 10/1/12 revised form) |
| (8)   | __  | names in caption do not match names in caption of complaint, petition or habeas application |
| (9)   | X   | other: Applicant may in the alternative pay the $5.00 filing fee. |

**Complaint, Petition or Application**:
(11)   __   is not submitted
(12)   __   is not on proper form (must use the Court's current form)
(13)   __   is missing an original signature by the prisoner
(14)   __   is missing page nos. __
(15)   __   uses et al. instead of listing all parties in caption
(16)   __   names in caption do not match names in text
(17)   __   other:

Accordingly, it is

ORDERED that Mr. Winkles cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Mr. Winkles files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Mr. Winkles shall obtain the Court-approved form used in filing a 28 U.S.C. § 1915 motion in a habeas corpus action (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Mr. Winkles fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED March 25, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge